# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                            CASE NO.: 15-15321-LMI
                                                  CHAPTER 7

**MARITZA RUIZ-REVELO,**

    Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## TO ENFORCE FINAL JUDGMENT OF FORECLOSURE

**Any interested party who fails to file and serve a written response to this Motion within <u>14 </u>days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1 (C), be deemed to have consented to the entry of an order granting relief requested in the motion.**

    Comes Now, Bank of America, National Association as successor by merger to Countrywide Bank, FSB, fka Countrywide Bank, National Association, fka Treasury Bank, National Association ("Movant"), by and through its undersigned attorneys, as and for its Motion for Relief from the Automatic Stay, and states as follows:

    1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

    2.    Maritza Ruiz-Revelo ("Debtor") filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on March 24, 2015.

    3.    On August 11th, 2009, Movant commenced a foreclosure action in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which resulted in the entry of a Final Judgment of Foreclosure against the Debtor on February 13th, 2013, in the amount of $577,235.37 (the "Judgment"). See Judgment attached hereto as Exhibit A. Said




15-022323 - TaV

judgment confirms Secured Creditor's interest in the Debtor's Property located at **5333 Collins Avenue, #1102, Miami Beach, Florida 33140** legally described as:

> **CONDOMINIUM UNIT NO. 1102, OF LA COSTA, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN OFFICIAL RECORD BOOK 17543, PAGE 1953, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.**

4. Pursuant to the Foreclosure Judgment, the Debtor is indebted to Movant in the amount of $577,235.37, plus any additional pre-petition interest, advances, costs and attorneys' fees advanced by Movant. However, Debtor has not made payment towards the Judgment order which was entered on February 13th, 2013 and, therefore, the interest of Movant is not being adequately protected.

5. The value of the Property, pursuant to the Miami-Dade County Property Appraiser, is $478,380.00. See Exhibit B attached hereto.

6. Upon information and belief, said property has not been claimed exempt and, pursuant to the duly filed Statement of Intentions, the property is being surrendered. The property has been abandoned by the Trustee.

7. Movant maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay be lifted to allow Movant to pursue *in rem* remedies given that its interests are not being adequately protected due to Debtors failure to pay the amount ordered in the Foreclosure Judgment prior to the filing of the instant bankruptcy petition and that Movant's security interest in the property is being significantly jeopardized by the Debtors continued failure to pay the Judgment amount while Movant is prohibited from pursuing lawful remedies to protect said security interest.

8. Movant respectfully requests the Court waives the 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so the Movant can pursue its *in rem* remedies without further delay.

9. Movant has incurred attorneys' fees of $750.00 and costs in the amount of $176.00 as a result of having to file this Motion. Movant seeks an award of its fees and costs or, alternatively, leave to seek recovery of its reasonable bankruptcy attorneys' fees and costs in any pending or subsequent foreclosure action.

10. Pursuant to 11 U.S.C. § 362(e), Movant hereby requests that in the event a hearing becomes necessary one be held within thirty (30) days.

11. Movant further requests that the Court Order entered pursuant to the instant Motion provided that all communications sent by Movant in connection with proceeding to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

12. Additionally, Movant requests language in the Order reflecting that it will survive any subsequent conversion of the case to another Chapter of the Bankruptcy Code.

13. Pursuant to Local Rule 9072-1, a Proposed Order accompanies this Motion. See Exhibit C attached hereto.

**WHEREFORE**, Movant respectfully requests that the automatic stay be lifted in favor of Movant, its successor and/or assigns, that the 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) be waived, that Movant's attorneys' fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents

15-022323 - TaV

under the remedies available therein, that in the event a hearing is necessary one be held within thirty (30) days, and for such other relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

**I HEREBY CERTIFY** that a true copy hereof was served electronically and/or by U.S. mail, first-class postage prepaid, to the Mailing List below on this 20th day of May, 2015.

    Respectfully Submitted,

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969

    By:  _/s/ NIRVANI SINGH_____
    Nirvani Singh, Esquire
    Florida Bar No. 105571
    Communication Email:Nsingh@rasflaw.com

15-022323 - TaV

**<u>Mailing List</u>**

Maritza Ruiz-Revelo
5333 Collins Avenue, Apt.1102
Miami Beach, FL 33140

Christina A Fiallo
7975 NW 154 Street, Suite 470
Miami Lakes, FL 33016

Robert A Angueira
6495 SW 24 St
Miami, FL 33155

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

15-022323 - TaV